# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142676

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HULEY OSCAR KENNEDY,
      Defendant-Appellant.

SC: 142676
COA: 300951
Oakland CC: 2009-228910-FC

_____/

On order of the Court, the application for leave to appeal the January 4, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

d0718